```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

Monteca Strange,                 :

    Plaintiff,              :

  v.                             :     Case No. 2:05-cv-0109

Franklin County Corrections      :     JUDGE GRAHAM
Center,                                MAGISTRATE JUDGE KEMP
                                 :
    Defendant.

## ORDER

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on February 1, 2006. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. Franklin County Corrections Center's motion (#8) for judgment on the pleadings pursuant to Fed.R.Civ.P. 12(c) is GRANTED and this action is DISMISSED.

    It is so ORDERED.

                                        s/James L. Graham
                                        JAMES L. GRAHAM
                                        United States District Judge

DATE: February 22, 2006